# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH SILLIMAN,

        Plaintiff,

   v.

DEPUTY DAVIS and NURSE GAYLE,

        Defendants.

Case No. 3:17-cv-00301-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 34.) That rule allows the parties to dismiss an action at any time by filing a stipulation signed by all parties who have appeared. Having met the requirements of the rule, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:  DECEMBER 18, 2018**

                    *s/ J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**